IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN L. RANDOLPH,

    Plaintiff,

  vs.                               No. CIV S-11-0028 GEB GGH PS

FEDEX - FEDERAL EXPRESS CORPORATION,

    Defendant.                   <u>ORDER</u>

_____/

        On March 18, 2011, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a USM-285 form. Pursuant to that order, within 14 days from the March 18, 2011 filed date of the order, plaintiff was to provide the United States Marshal with the information to complete service of process. The court has not received a proof of service showing that the defendant has been served. On September 13, 2011, plaintiff filed a document stating that he did not submit his paperwork for service because he was in the hospital in April and May, 2011. Plaintiff does not explain why he has not submitted his paperwork since that time.

        Accordingly, IT IS ORDERED that:

        1. Forthwith after submission of the paragraph 2 required information by plaintiff, the U.S. Marshal is directed to serve within ninety days of the date of this order, all

1

1  process pursuant to Fed. R. Civ. P. 4, including a copy of this court's status order, without
2  prepayment of costs.
3         2. Plaintiff is directed to supply the U.S. Marshal, within 14 days from the date
4  this order is filed, all information needed by the Marshal to effect service of process, and *shall*
5  *file a statement with the court that said documents have been submitted to the United States*
6  *Marshal.*  The court anticipates that, to effect service, the U.S. Marshal will require at least:
7         a. One completed summons for each defendant;
8         b. One completed USM-285 form for each defendant;
9         c. One copy of the endorsed filed complaint for each defendant, with an
10        extra copy for the U.S. Marshal;
11        d. One copy of this court's status order for each defendant; and
12        e. One copy of the instant order for each defendant.
13        3  In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate
14 service on any defendant within 90 days from the date of this order, the Marshal is directed to
15 report that fact, and the reasons for it, to the undersigned.
16        4. The Clerk of the Court is directed to serve a copy of this order on the U.S.
17 Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.
18        6. Plaintiff is cautioned that failure to comply with this order will result in a
19 recommendation of dismissal for failure to serve.  Fed. R. Civ. P. 4(m).
20 DATED: September 29, 2011

          /s/ Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE

22 GGH:076/Randolph0028.proc.wpd