IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN L. RANDOLPH,

       Plaintiff,

vs.

                                     No. CIV S-11-0028 GEB GGH PS

FEDEX - FEDERAL EXPRESS CORPORATION,

       Defendant.                ORDER

_____/

       Presently pending on this court's law and motion calendar for April 26, 2012, is defendant's motion to strike certain declarations filed in conjunction with plaintiff's motion to continue hearing. Plaintiff's motion was denied on March 26, 2012, the same date that defendant filed its motion to strike. As the court has already ruled on plaintiff's motion which is the subject of the motion to strike, the motion to strike is denied.

       Accordingly, IT IS ORDERED that:

       1. Defendant's motion to strike declarations, filed March 26, 2012, (dkt. no. 40), is denied.

\\\\\

\\\\\

\\\\\

1

2. Although the motion to strike declarations is vacated from the calendar for April 26, 2012, defendant's motion to dismiss will remain on that calendar.

DATED: April 11, 2012

        /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Randolph0028.str.wpd