IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN L. RANDOLPH,

     Plaintiff,

vs.

No. CIV S-11-0028 GEB GGH PS

FEDEX - FEDERAL EXPRESS CORPORATION,

     Defendant.             ORDER

/

Defendant's motion to dismiss presently is calendared for hearing on April 26, 2012. Having reviewed the record, and the failure of plaintiff to file an opposition, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

\\\\\
\\\\\
\\\\\
\\\\\

1

Accordingly, IT IS ORDERED that:

1. The April 26, 2012 hearing on the motion to dismiss, filed March 21, 2012, is vacated; and

2. The motion is submitted on the record.

DATED: April 24, 2012

             /s/ Gregory G. Hollows
           UNITED STATES MAGISTRATE JUDGE

GGH:076:Randolph0028.vac2.wpd