1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAWN L. RANDOLPH,

11              Plaintiff,
         vs.
12                                     No. CIV S-11-0028 GEB GGH PS

13

14   FEDEX - FEDERAL EXPRESS
     CORPORATION,
15              Defendant.                    ORDER
     _____/
16

17          Defendant's motion to dismiss presently is calendared for hearing on April 26,

18   2012.  Having reviewed the record, and the failure of plaintiff to file an opposition, the court has

19   determined that oral argument would not be of material assistance in determining the pending

20   motion.  Accordingly, the court will not entertain oral argument, and will determine the motion

21   on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R.

22   230(g).

23   \\\\\

24   \\\\\

25   \\\\\

26   \\\\\

1

Accordingly, IT IS ORDERED that:

1.  The April 26, 2012 hearing on the motion to dismiss, filed March 21, 2012, is vacated; and

2.  The motion is submitted on the record.

DATED: April 24, 2012

_/s/ Gregory G. Hollows_
UNITED STATES MAGISTRATE JUDGE

GGH:076:Randolph0028.vac2.wpd