UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN RANDOLPH, | No. 2:11-cv-0028 GEB GGH PS |
| Plaintiff, | |
| v. | ORDER |
| FEDEX-FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

On October 18, 2013, plaintiff filed a notice of substitution of counsel.  Both parties now appearing by counsel, the referral to the magistrate judge is withdrawn.  However, the magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

IT IS SO ORDERED.

Dated: November 5, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Randolph0028.reassign

1